AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| INTELLIGENT FABRICS TECHNOLOGIES (NORTH AMERICA), INC. <br><br> *Plaintiff(s)* <br> v. <br> NOBLE FIBER TECHNOLOGIES, LLC <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. <br><br> 15-CV-62589-WJZ |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  NOBLE FIBER TECHNOLOGIES, LLC
300 PALM STREET SCRANTON
LACKAWANNA, PA  18505

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    RICHARD S. ROSS, ESQ.
4801 SOUTH UNIVERSITY DRIVE, SUITE 237
FT. LAUDERDALE, FLORIDA  33328
TEL 954/252-9110; FAX 954/252-9192
E MAIL  prodp@ix.netcom.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:  Dec 11, 2015

Steven M. Larimore
Clerk of Court

s/ Yesenia Herrera
Deputy Clerk
U.S. District Courts